## MERCHANTS NATIONAL BANK *v.* WARLICK.

*Atkinson, J.*—No new question of law is presented; the evidence fully warranted the verdict, and there was no error at the trial.

November 2, 1896.    Argued at the last term.    *Judgment affirmed.*

Garnishment.　Before Judge Harris.　City court of Floyd county.　September term, 1895.

*Reece & Denny,* for plaintiff in error.
*Hoskinson & Harris* and *Dean & Dean,* contra.